481

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

No. 65623.—Firmenich, Inc. *v.* United States, protests 240704–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiff was sustained.

No. 65624.—Firmenich, Inc., et al. *v.* United States, protests 60/11161, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiffs was sustained.

No. 65625.—Raymor Mfg. Div., Inc. *v.* United States, protests 60/11419, 60/15026, and 60/15947 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of bookshelves, etc., similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 17, 1961

No. 65626.—Corsillo Enterprises, Inc., et al. *v.* United States, protests 59/17509, etc. (Los Angeles).